NJM/VAZ
F. #2019R00980

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    – against –

ALEKSANDR POPAN,
    also known as "exemption," "popanus,"
    "Alexander Popan," "Alexandr Popan"
    and "Alexander Popandopulo,"

           Defendant.

- - - - - - - - - - - - - - - - - - - X

ORDER OF RESTITUTION

No. 19-CR-456 (PKC)

        WHEREAS defendant ALEKSANDR POPAN was sentenced on July 10, 2024 in the above-captioned case,

        1.    This Order of restitution is incorporated by reference to the Judgment imposed on __July 10____, 2024.

        2.    The defendant is directed to pay restitution to the victims named and in the amounts listed in Exhibit A to this Order.

        3.    Restitution is due immediately and payable at the rate of $25 per quarter while in custody, and 10 percent of the defendant's gross monthly income, including income from all sources, in monthly payments.  The total restitution amount to be paid is twenty thousand five hundred twenty-six dollars and fifty-two cents ($20,526.52).  See 18 U.S.C. § 3612(f).  Monthly payments shall be made to the Clerk of Court, United States District Court, 225 Cadman Plaza East, Brooklyn, New York 11201.  The payment instrument shall reference the case name and number, as set forth above.

      4.     The defendant shall pay interest on any fine or restitution of more than $2,500, unless the fine is paid in full before the fifteenth day after the date of the judgment, unless waived or modified by the Court. See 18 U.S.C. § 3612(f).

      5.     The defendant shall notify the Court and the Financial Litigation Unit of the United States Attorney's Office, Eastern District of New York of any material change in the defendant's economic circumstances that might affect the defendant's ability to pay restitution. See 18 U.S.C. § 3664(k).

      6.     The defendant is jointly and severally liable for the restitution judgment with any co-defendants in Counts Thirty, Thirty-One and Thirty-Two of the Indictment in the above-captioned matter, when they are sentenced. See 18 U.S.C. § 3664(h).

      7.     The Clerk of Court is directed to distribute restitution payments pro rata to the victims at least once per year to the extent funds are available to distribute. The United States Department of Probation and the United States Attorney's Office are directed to provide to the Clerk of Court whatever assistance is necessary to assure prompt distribution of restitution payments. The Clerk of Court is directed to mail a copy of this Order, including Exhibit A, to the Assistant United States Attorneys assigned to the instant case and the Financial Litigation Unit of the United States Attorney's Office of the Eastern District of New York, and to the victims identified on Exhibit A.

      8.     Exhibit A shall be kept under seal until further order of this Court, except that the Clerk of Court, the Assistant United States Attorneys assigned to the instant case, and

the Financial Litigation Unit of the United States Attorney's Office of the Eastern District of

New York shall have access to Exhibit A to make the distribution required by this Order.

Dated:   Brooklyn, New York
        July __10__, 2024

                                        s/Hon. Pamela K. Chen
                                _____
                                HONORABLE PAMELA K. CHEN
                                UNITED STATES DISTRICT JUDGE
                                EASTERN DISTRICT OF NEW YORK