

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

VAZ
F. #2019R00980

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

February 28, 2025

<u>By ECF</u>

The Honorable Pamela K. Chen
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: United States v. Nikolaj Sofinskij
     <u>Criminal Docket No. 19-456 (PKC)</u>

Dear Judge Chen:

  On February 18, 2025, the Court held a first call for defendant Nikolaj Sofinskij's sentencing hearing and orally pronounced certain terms of the defendant's sentence. To complete the sentencing and finalize matters related to a proposed judicial removal order before issuance of the judgment, the parties jointly request a second call for the sentencing hearing. After consulting with chambers staff, the parties respectfully request that the proceeding take place on Tuesday, March 4, 2025, at 10 a.m.—a date and time convenient for the Court. The parties thank the Court for its consideration.

           Respectfully submitted,

           JOHN J. DURHAM
           United States Attorney

     By:  /s/
        Nicholas J. Moscow
        Victor Zapana
        Assistant U.S. Attorneys
        (718) 254-7000

cc: Clerk of the Court (PKC) (by E-mail)
   Defense Counsel (by E-mail)